# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANASSEH A. PHILIP,<br><br>            Petitioner,<br>   v.<br>RANDY L. TEWS, Warden,<br><br>            Respondent. | Case No. CV 16-01262 CJC (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) respondent's Motion to Dismiss the Petition is granted as moot; and (3) Judgment shall be entered denying the Petition and dismissing the action without prejudice for lack of subject matter jurisdiction.

DATED: May 24, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE