JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANASSEH A. PHILIP,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RANDY L. TEWS, Warden,<br><br>　　　　Respondent. | Case No. CV 16-01262 CJC (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: May 24, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE